No. 3381.—LÓPEZ, aplte., *v.* CHEVREMONT, apdo. — C. D. San Juan, Disto. 2º. Mayo 29, 1925. Daños y perjuicios por seducción.

POR CUANTO, todos los miembros de esta corte convienen en que el pronunciamiento final y parte dispositiva contenido en la sentencia dictada por la corte inferior de ser considerado por sí solo no es tan manifiestamente contrario a la prueba aducida al juicio que requiera su revocación; y

Por cuanto, el alegato del apelante no contiene ningún señalamiento de error por separado; y

Por cuanto, las cuestiones promovidas, según se expresaron en el informe oral en el acto de la vista en tanto pueden tener algún mérito como cuestiones abstractas de ley, son más o menos técnicas, y en la forma y modo en que han sido sometidas a nuestra consideración, admiten implícitamente y prescinden de ciertas proposiciones más serias y fundamentales sobre las cuales este tribunal no está unánimemente conforme como lo está con referencia a la cuestión aquí referida en primer término; y .

Por cuanto, de un examen cuidadoso de toda la prueba no parece probable que se obtendría un resultado más favorable para la demandante, si por razones más o menos técnicas el caso debiera ser devuelto otra vez para la celebración de un nuevo juicio; y

Por cuanto, no estamos dispuestos a incitar a la demandante que prosiga o someta al demandado al continuado sostenimiento de una controversia de esta naturaleza y de tal mérito dudoso e intrínseco en lo que respecta al alegado derecho de la demandante para recobrar por daños y perjuicios;

Por tanto, *se confirma* la sentencia.